FILED by _SA_ D.C

Apr 21, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 11-80058-CR-MARRA/VITUNAC

CASE NO. _____

18 U.S.C. § 1001
18 U.S.C. § 2778
18 U.S.C. § 2

**UNITED STATES OF AMERICA**

vs.

**RUSSELL H. MARSHALL,**
**and**
**UNIVERSAL INDUSTRIES LIMITED, INC.,**

Defendants.

_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times material to this Information:

1.     Defendant, **RUSSELL H. MARSHALL** was an owner and Vice President of Defendant **UNIVERSAL INDUSTRIES LIMITED, INC.**

2.     Defendant **UNIVERSAL INDUSTRIES LIMITED, INC.** was an aviation parts distributor, specializing in the distribution and sourcing of aircraft engine parts operating from an office located at 3050 SW 14th Place, Boynton Beach, Florida.

## The Arms Export Control Act

3.     In furtherance of world peace and the security and foreign policy of the United States, the Arms Export Control Act ("AECA") (Title 22, United States Code, Section 2778) authorized the

President of the United States to control the export of "defense articles" by designating items, such as military aircraft and military aircraft components, on the United States Munitions List.

4.     The Arms Export Control Act and its attendant regulations, the International Traffic in Arms Regulations ("ITAR") (Title 22, Code of Federal Regulations, Sections 120-130), require a person to apply for and obtain a validated export license from the Directorate of Defense Trade Controls ("DDTC") of the United States Department of State before exporting arms, ammunition, or articles of war, which are all classified as defense articles, from the United States. (Title 22, United States Code, Sections 2778(b)(2) and 2794(3), 22 C.F.R. Section 120.1). In the application for an export license, the exporter is required to state, among other things, the nature of the armaments to be exported, the end recipient of the armaments, and the purpose for which the armaments are intended. These factors and others assist the Office of Munitions Control in determining whether the export of the armaments would further the security and foreign policy interests of the United States or would otherwise affect world peace.

5.     The defense articles which are subject to such licensing requirements are designated on the United States Munitions List (the "Munitions List"). Those designations are made by the State Department with concurrence of the Defense Department. (Title 22, United States Code, Section 2778(a)(I), and 22 C.F.R. Section 120.2). Category VIII (h) of the Munitions List includes military aircraft parts (22 C.F.R. Section 121.1).

6.     It is the policy of the United States to deny licenses with respect to the export of defense articles whenever an export would not be in furtherance of world peace and the security and foreign policy of the United States (22 C.F.R. Section 126.1).

-2-

7.      At no time did the defendants, **UNIVERSAL INDUSTRIES LIMITED, INC.,** or

**RUSSELL H. MARSHALL**, apply for, receive, or possess a license to export defense articles of any

description.

### Export and Shipping Records

8.      Pursuant to United States law and regulation, exporters, shippers, and freight

forwarders are required to file certain forms and declarations concerning exports of goods and

technology from the United States. Typically, those filings are filed electronically through the

Automated Export System ("AES"), which is administered by the United States Department of

Homeland Security ("DHS"), Immigration and Customs Enforcement.   A Shipper's Export

Declaration ("SED") is an official document submitted to DHS in connection with export shipments

from the United States.

9.      Exports, shippers, and freight forwarders are required to file an SED for every export

of goods or technology from the United States that include military commodities or commodities with

a value of $2500 or more. (15 C.F.R. Section 758.1; 15 C.F.R. Section 30.2)

10.      An essential and material part of the SED and AES, as well as other export filings,

is information concerning the end-user or ultimate destination of the export, and the value of the

goods being shipped.

11.      The SED or AES is used by the Department of State, the Department of the Treasury,

the Department of Commerce and other United States government agencies to collect accurate trade

statistics, to determine which outbound cargo to inspect, and for other export control purposes.

## COUNT 1
### (False Statement)

1.      The allegations in Paragraphs 1 through 11 of the General Allegations are incorporated and realleged by reference in this Count.

2.      On or about April 12, 2007, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### RUSSELL H. MARSHALL,

in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, and the United States Department of Commerce, did knowingly and willfully make and cause to be made, materially false, fictitious, and fraudulent statements and representations, in that the defendant stated and represented, and caused to be stated and represented in a commercial invoice relating to the shipment of 200 J-85 Stage 1 engine blades for a F-5 fighter aircraft, that the contents of the package were commercial parts with a value of $2,000, when in truth and in fact, and as Defendant then and there well knew, the package contained military aircraft parts with a value of more than $105,000, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2
### (Attempted Export in Violation of the Arms Export Control Act)

1.      The allegations in Paragraphs 1 through 11 of the General Allegations are incorporated and realleged by reference in this Count.

2.     On or about April 12, 2007, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## UNIVERSAL INDUSTRIES LIMITED, INC.

did knowingly and willfully attempt to export from the United States to Singapore military aircraft parts, that is approximately 200 J-85 Stage 1 engine blades, part number 6009T97PO5, which items were designated as defense articles in Category VIII(h) of the United States Munitions List, without having first obtained from the United States Department of State, Directorate of Defense Trade Controls, a license for such export or written authorization for such export, in violation of Title 22, United States Code, Section 2778(b)(2) and (c), Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and Title 18, United States Code, Section 2.


WIFREDO A. FERRER
UNITED STATES ATTORNEY


JULIA A. PAYLOR
ASSISTANT UNITED STATES ATTORNEY

-5-

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: Russell H. Marshall

**Case No**:

Count #: 1

  False Statements

  18 U.S.C. § 1001(a)(2)

**\* Max.Penalty**:            5  years' imprisonment, $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Universal Industries Limited, Inc.

**Case No**: _____

Count #: 2

 Violation of the Arms Export Control Act

 22 U.S.C. § 2778(c)

* **Max.Penalty**:                $1,000,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RUSSELL H. MARSHALL, and
UNIVERSAL INDUSTRIES LIMITED, INC.,

Defendants./

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

New Defendant(s)              Yes _____    No _____
Number of New Defendants      _____
Total number of counts        _____

Court Division: (Select One)

____ Miami    ____ Key West
____ FTL    _X_ WPB    ____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)    _No_
     List language and/or dialect    _____

4.   This case will take    _2_    days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                          (Check only one)

     I     0 to 5 days        _x_        Petty      _____
     II    6 to 10 days       _____     Minor      _____
     III   11 to 20 days      _____     Misdem.    _____
     IV    21 to 60 days      _____     Felony     _X_
     V     61 days and over   _____

6.   Has this case been previously filed in this District Court? (Yes or No)    _No_
     If yes:
     Judge: _____        Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?    (Yes or No)    _Yes_
     If yes:
     Magistrate Case No.
     Related Miscellaneous numbers:        _____
     Defendant(s) in federal custody as of _____
     Defendant(s) in state custody as of   _____
     Rule 20 from the    _____        District of _____

     Is this a potential death penalty case? (Yes or No)    _No_

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _No_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    _No_ No

JULIA A. PAYLOR
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0724785

*Penalty Sheet(s) attached

REV 4/8/08